```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
ALEX RUDAJ,                            :    11 Civ. 1782 (DLC)
              Petitioner,              :    04 Cr. 1110-01
                                       :
         -v-                           :         ORDER
                                       :
UNITED STATES OF AMERICA,              :
                                       :
              Respondent.              :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

    The Court, having concluded that the petition brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, it is hereby

    ORDERED that the respondent file an answer to the petition or other pleading in response thereto, along with the relevant transcripts, no later than **June 3, 2011**.

    IT IS FURTHER ORDERED that the Clerk of Court serve copies of this Order, the petition, and the memorandum of law and affirmation/affidavit in support thereof, by certified mail upon the United States Attorney for the Southern District of New York.

    IT IS FURTHER ORDERED that petitioner shall have thirty days from the date on which he is served with respondent's answer to file a response.  The petition will be considered fully submitted as of that date.

Dated:    New York, New York
           March 29, 2011

                                        DENISE COTE
                            United States District Judge

COPIES SENT TO:

Alex Rudaj
02381-748
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

Jennifer Rodgers
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007