**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

September 18, 2020

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:  *Ivezaj v. United States*, 20-cv-4889-DLC (S.D.N.Y.)
     *Rudaj v. United States*, 11-cv-1782-DLC (S.D.N.Y.)
     *Dedaj v. United States*, 11-cv-1510-DLC (S.D.N.Y.)
     *Colotti v. United States*, 11-cv-1402-DLC (S.D.N.Y.)
     *DiPietro v. United States*, 11-cv-1556-DLC (S.D.N.Y.)
     *United States v. Rudaj et al.*, 04-cr-1110-DLC (S.D.N.Y.)

Dear Judge Cote:

   We respectfully submit this letter on behalf of Prenka Ivezaj, Alex Rudaj, Nikola Dedaj, Nardino Colotti, and Angelo DiPietro (the "Petitioners") to request a two-week extension of Petitioners' due date and modification of the unified briefing schedule in the above § 2255 proceedings, resulting from the criminal case of *United States v. Rudaj et al.*, 04-cr-1110-DLC (S.D.N.Y.). The Government joins this request.

   Under the Court's original joint briefing schedule, the Petitioners' briefs are due on September 21, 2020. Since the setting of that schedule, the Petitioners and the Government have engaged in repeated discussions regarding the potential resolution of some of the common issues in the cases prior to briefing. Although no resolution has been reached, discussions are continuing, and it would be beneficial to have two weeks of additional response time for all parties. Thus, the parties jointly propose the following modified schedule:

**October 5, 2020**:  Petitioners' opening brief
**December 3, 2020**:  Government's response brief
**December 17, 2020**:  Petitioners' reply

      As the Petitioners were not initially on a joint schedule, this is the first extension request for some of the Petitioners (including Nardino Colotti) and the second extension request for others.

                               Respectfully submitted,

                               /s/
                             Eunice C. Lee
                             Counsel for Nardino Colotti

cc (via email):

Lara Pomerantz
Jonathan Rebold
United States Attorney's Office

David Patton
Edward Zas
Counsel for Alex Rudaj and Nikola Dedaj

Anthony DiPietro
Counsel for Angelo DiPietro

Michael Schachter
Counsel for Prenka Ivezaj

```
Granted.  The proposed schedule
governs.
Dated: September 18, 2020
```

_____
         DENISE COTE
  United States District Judge