UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :    04cr1110
                                          :
                                          :    ORDER
            -v-                           :
                                          :
ALEX RUDAJ,                               :
                                          :
                    Defendant.            :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

   On December 9, 2020, defendant made an emergency application for bail pending a decision on his petition for habeas corpus under 28 U.S.C. § 2255. Accordingly, it is hereby

   ORDERED that the Government shall file any response to the bail application by **December 10, 2020** at **5:00 pm**.

   SO ORDERED:

Dated:    New York, New York
          December 9, 2020

                              _____
                                     DENISE COTE
                              United States District Judge