# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 21, 2021

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:  *United States v. Rudaj et al.*, 04-cr-1110-DLC (S.D.N.Y.)
    *Ivezaj v. United States*, 20-cv-4889-DLC (S.D.N.Y.)
    *Rudaj v. United States*, 11-cv-1782-DLC (S.D.N.Y.)
    *Dedaj v. United States*, 11-cv-1510-DLC (S.D.N.Y.)
    *Colotti v. United States*, 11-cv-1402-DLC (S.D.N.Y.)
    *DiPietro v. United States*, 11-cv-1556-DLC (S.D.N.Y.)

Dear Judge Cote:

We respectfully submit this letter on behalf of Prenka Ivezaj, Alex Rudaj, Nikola Dedaj, Nardino Colotti, and Angelo DiPietro (the "Petitioners"). As with the opening memorandum of law, the Petitioners intend to submit a joint reply brief, rather than five separate replies. In light of the substantial nature of the issues and the number of parties, Petitioners request permission to file a joint reply brief in excess of the Court's 10-page limit. We anticipate a brief of approximately 20 pages. The Government does not object to this request to file a joint oversized reply.

Thank you for your consideration.

Respectfully submitted,

/s/
Eunice C. Lee
Counsel for Nardino Colotti

cc (via ECF):

```
Granted.
Dated: January 21, 2021
```

_____
DENISE COTE
United States District Judge

Andrew Jones
Lara Pomerantz
Jonathan Rebold
United States Attorney's Office

David Patton
Counsel for Alex Rudaj

Edward S. Zas
Counsel for Nikola Dedaj

Anthony DiPietro
Counsel for Angelo DiPietro

Michael Schachter
Ravi Chanderraj
Counsel for Prenka Ivezaj